Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:   (949) 486-1889
Email: r.n@azimynathan.com
       e.a@azimynathan.com

Attorneys of Record for Plaintiff,
JERRY BO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BO,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD I. PINK as Trustee of The PAUL L. PINK AND BETTY S. PINK REVOCABLE TRUST; THE PAUL L. PINK AND BETTY S. PINK REVOCABLE TRUST; PINK'S HOT DOGS and Does 1 through 10, inclusive.<br><br>    Defendants. | Case No.: CV07-5903-PSG (Ex)<br><br>**[PROPOSED] ORDER OF STIPULATION OF DISMISSAL**<br><br>F.R.Civ.P. 41(a)(1) |

# ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all defendants, with prejudice.

Dated: _____, 2008

_____
United States District Court Judge

[PROPOSED] ORDER OF STIPULATION OF DISMISSAL